BERNARD MITNICK, individually and trading as Metropolitan Upholstery Co., complainant-respondent,

*v.*

FURNITURE WORKERS' UNION, LOCAL No. 66, C. I. O., of the city of Newark, GEORGE STRASSLER and SOL BERGMAN, defendants-appellants.

[Argued February term, 1939. Decided February 10th, 1939.]

*Mr. Solomon Golat* and *Mr. Herman Marx,* for the defendants-appellants.

*Mr. Seymour J. Solomon,* for the complainant-respondent.

Per Curiam.

The parties have settled their differences, the appeal is dismissed to the end that a motion may be made in the court of chancery to dismiss the bill of complaint.

We are not to be understood as expressing any view with respect to the opinion filed in the cause by the learned vice-chancellor who granted the preliminary injunction appealed from.

*For dismissal*—The Chief-Justice, Trenchard, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Walker, JJ. 15.